IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR061(3) |
| v. | : | JUDGE THOMAS M. ROSE |
| HAZEY LORITTS | : | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE SOLELY AS |
| | : | TO DEFENDANT |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the United States' Motion to Dismiss the Indictment, in the above captioned matter, is hereby dismissed without prejudice solely as to HAZEY LORITTS.

SO ORDERED.

DATE: December 26, 2013

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE